UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN ROBERT KELLY,

  Plaintiff,

v.

                                  CASE NO. 1:24-cv-03861-JPB

EQUIFAX INFORMATION
SERVICES LLC and MANNION &
MANNION, INC.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MANNION & MANNION, INC.

COMES NOW Plaintiff, JOHN ROBERT KELLY and Defendant, MANNION & MANNION, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant MANNION & MANNION, INC. in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of December, 2024.

1

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ R. Benjamin Lingle** |
| Octavio "Tav" Gomez | R. Benjamin Lingle |
| Florida Bar No.: 0338620 | Georgia Bar No. 390252 |
| Georgia Bar No.: 617963 | Oliver Maner, LLP |
| Pennsylvania No.: 325066 | P.O. Box 10186 |
| The Consumer Lawyers PLLC | 218 W. State Street |
| 501 E. Kennedy Blvd., Suite 610 | Savannah, GA 31412 |
| Tampa, FL 33602 | 912-236-3311 |
| Cell: (813) 299-8537 | Email: blingle@olivermaner.com |
| Facsimile: (844) 951-3933 | *Attorney for Defendant* |
| Tav@theconsumerlawyers.com | *Mannion & Mannion, Inc.* |
| *Attorney for Plaintiff* | |